### No. 2.

#### MILLER *against* WARNER. *Windham,* 1816.

ALTHOUGH it appears from the exceptions allowed and signed by the Judge, that the testimony was improperly admitted, by which a verdict was given for defendant: the Court will not set aside the verdict, provided the action is such as the plaintiff cannot sustain on legal principles.

An action of replevin, cannot be sustained, except under the Statute.

### No. 3.

#### FISK *against* STEEL. *Orange,* 1816.

A new trial will be granted in a case where the Judge of the fact term refused to allow and sign exceptions, provided the cause designated in the exceptions, if allowed and signed, would have been sufficient to induce the Court to set aside the verdict. And a prayer that the exceptions may become a part of the record, is no ground for refusing to allow and sign them.

This was a case where the refusal to sign was not on the ground that the *facts* were not correctly stated.

### No. 4.

#### ANONYMOUS. *Washington,* 1816.

IN an action of trespass, for assault and battery, the Judge rejected evidence, passing to the Jury, which was proper, in mitigation of damages.

This is cause for granting a new trial.